**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 1:25-CR-49** |
| | ) | |
| **TAYLOR SHANNELL HEADEN** | ) | |

## AGREED FACTUAL BASIS

This Agreed Factual Basis briefly summarizes sufficient facts and circumstances surrounding the criminal conduct of Taylor Headen in this case to establish a factual basis for a plea of guilty. It does not contain all the information obtained during the investigation or all the information applicable to an accurate Presentence Investigation Report or a Sentencing Guidelines calculation. This Agreed Factual Basis is not protected by proffer agreement or any other agreement, and it shall be wholly admissible at trial notwithstanding any rules or statutes to the contrary.

In or about and between 2023 and 2025, Taylor Headen (Headen), in the Western District of Virginia and elsewhere, knowingly conspired with others to possess with intent to distribute and distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and knowingly and intentionally conspired to distribute fentanyl.

In or about and between November and December 2023, Headen assisted her brother and co-conspirator, Terry Headen, with the distribution of multi-pound quantities (two to four pounds per transaction) of methamphetamine to co-conspirator Kacy Satterfield. On approximately two occasions, Headen delivered the methamphetamine to her brother who then distributed the methamphetamine to Kacy Satterfield. These transactions occurred at or just outside a residence on Duke Drive in Welch, West Virginia, where co-defendant Charles Williams resided. Satterfield then drove the methamphetamine back to the Western District of Virginia for redistribution.

In or about and between 2024 until Headen's arrest in September 2025, Headen, along with co-conspirators, continued to regularly distribute various quantities of narcotics, including quantities of methamphetamine, fentanyl, and cocaine, to West Virginia and Virginia-based customers from the Duke Drive residence and other nearby locations, as evidenced by Facebook messages, Cash App transactions, surveillance footage, and witness statements and testimony. For example, in June 2025, law enforcement observed an individual at the Duke Drive residence and then conducted a traffic stop on that individual shortly thereafter. Law enforcement located a plastic bag containing a blue substance. The individual admitted to obtaining half a gram of fentanyl from Headen just before the traffic stop, as well as purchasing fentanyl from Headen on two other occasions.

This is not all the government's evidence, but it establishes the elements of the charge to which Headen is pleading guilty.

By signing below, Headen affirms that she has reviewed this Agreed Factual Basis with her attorney, and that she agrees it is true and accurate. She further agrees that, had this matter proceeded to trial, the government would have proven the facts outlined above beyond a reasonable doubt.

9-8-26
Date

Taylor Headen
Taylor Headen
Defendant

9-8-26
Date

Correy Diviney, Esq.
Attorney for Defendant

9/11/2026
Date

Carrie Macon
Corey Hall
Assistant United States Attorneys