CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

OCT 30 2026

LAURA A. AUSTIN, CLERK
BY: K. Campbell
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA

v. Criminal Action No. 1:25cr49-2

TAYLOR SHANNELL HEADEN

In the presence of Corey Diviney, my counsel, who has fully explained the charges contained in the superseding indictment against me, and having received a copy of the superseding indictment from the United States Attorney before being called upon to plead, I hereby plead guilty to said superseding indictment and counts One and Two thereof. I have been advised of the maximum punishment which may be imposed by the court for these offenses. My plea of guilty is made knowingly and voluntarily and without threat of any kind or without promises other than those disclosed here in open court.

Taylor Headen
Signature of Defendant

10/30/2026
Date

Witness

filed
10/30/2026